UNITED STATES OF AMERICA
NATIONAL TRANSPORTATION SAFETY BOARD

*WASHINGTON, D.C. 20594*

---

**********************************************************

**In the Matter of the Investigation of the Amtrak Train 2154 striking roadway workers that occurred on March 13, 2008, in Providence, Rhode Island.**

**NTSB ID: DCA08FR004**

**********************************************************

**AUTHORITY TO ADMINISTER OATHS AND ISSUE AND SERVE SUBPOENAS**

Pursuant to the provisions of Section 304(b)(1) of the Independent Safety Board Act of 1974, as recodified at 49 U.S.C § 1113 (a)(1), Ruben Payan, Investigator-in-Charge of this investigation for the National Transportation Safety Board, is hereby designated and authorized to administer oaths, issue and serve subpoenas, and require by such subpoenas the attendance and testimony of witnesses, and the production of such evidence as may be deemed advisable and necessary in the above captioned accident investigation, conducted pursuant to the Board's authority under 49 U.S.C. § 1131(a) (1) (C).

For the Board,

Mark V. Rosenker
Chairman

Dated this 17th day of March, 2008