UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA ISSUED BY NATIONAL TRANSPORTATION SAFETY BOARD TO RHODE ISLAND HOSPITAL | : | MC 08-33 S |

**NOTICE AND ORDER**
**SCHEDULING HEARING**

Before the Court is a Motion to Compel Production (Document ("Doc.") #1) ("Motion to Compel") filed by the United States (the "Government") on behalf of the National Transportation Safety Board ("NTSB"). By the Motion to Compel, the Government seeks to compel compliance with a federal administrative subpoena *duces tecum* issued by the NTSB to Rhode Island Hospital seeking two blood specimens. See Motion to Compel at 1. The Motion to Compel has been referred to me for determination. See 28 U.S.C. § 636(b)(1)(A).

The Court will conduct a hearing on the Motion to Compel on **Monday, May 5, 2008, at 10:00 a.m. in Courtroom B**, John O. Pastore Federal Building and U.S. Post Office, 2 Exchange Terrace, Providence, Rhode Island. The Government is directed to notify the two individuals whose blood specimens are sought, Richard Mallette and Julius Chisolm, see Motion to Compel at 2, of the hearing.[1] These individuals are not required to attend the hearing, but they must be made aware that it is being held.

---

[1] If the Government is unaware of the contact information for Mr. Mallette and Mr. Chisolm, it must contact Rhode Island Hospital and direct it to notify them of the hearing.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 17, 2008