# **EXHIBIT A**

**National Transportation Safety Board**

Washington, D.C. 20594

Rhode Island Hospital
167 Point St., Room 170
Providence, RI 02903

Attention: Ms. Joan Flynn, Director of Risk Management

March 18, 2008

RE: Employee injuries relative to Amtrak train 2154 striking track workers
March 13, 2008
Providence, RI
DCA-08-FR-004

This letter is a request, issued pursuant to the statutory authority of the National Transportation Safety Board (NTSB), for blood specimens obtained from **Richard Mallette** and **Julius Chislom** a result of the above referenced accident.

Under the Independent Safety Board Act, as amended, the NTSB is required to investigate many types of transportation accidents, including "a railroad accident in which there is a fatality or substantial property damage, or that involves a passenger train," or any other transportation-related accident whose investigation would carry out the purpose of the statute. 49 U.S.C. § 1131(a)(1). In performing such investigations, the Safety Board's goal is to "establish the facts, circumstances, and cause or probable cause" of each accident. (Id.) Using the knowledge derived from each investigation, the NTSB makes recommendations for the improvement of safety and the prevention of accidents.

To aid in the accomplishment of its Congressionally mandated objective, the Board is authorized to "require, by subpoena or otherwise, necessary witnesses and evidence." 49 U.S.C. § 1113(a)(1). The NTSB also possesses the statutory authority to "inspect any record, process, control, or facility related to an accident investigation...." 49 U.S.C. § 1134(a)(2). This includes autopsy reports. 49 U.S.C § 1134(f)(2). The Independent Safety Board Act may be viewed on our website at www.ntsb.gov.

The information sought by this request is important for the completion of a precise and thorough investigation of the accident. This type of information is routinely obtained by the NTSB and will aid the Board in its documentation of injury and analysis of survival factors. Any questions concerning the materials should be directed to me by telephone at (202) 314-6639.

Should you have any questions of a legal nature, kindly contact the Safety Board's Office of General Counsel, by telephone at (202) 314-6080.

Thank you for your prompt attention to this matter.

Sincerely,

Ruben Payan

Ruben Payan
Investigator-in-Charge
490 L'Enfant Plaza East, SW
Washington, DC 20594

**UNITED STATES OF AMERICA**
NATIONAL TRANSPORTATION SAFETY BOARD

# SUBPOENA DUCES TECUM

To Ms. Joan Flynn, Director of Risk Management, Rhode Island Hospital
167 Point St., Room 170, Providence, RI 02903
Tel: (401) 444-8207

At the instance of Ruben Payan, Investigator-in-Charge

of the National Transportation Safety Board. In the matter of the investigation of Amtrak train 2154 striking roadway workers that occurred on March 13, 2008 at about 1:11 P.M. in Providence, RI. (NTSB accident number: DCA-08-FR-004)

You are hereby required to provide the following information, documents, or records:

Remaining portions of fluid specimens for Mr. Richard Mallette, DOB: 4/8/1951, SSN: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
and Mr. Julius Chislom, DOB: 12/17/1961, SSN: 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
Please send all specimens to:
Mike Moroney Aeromedical Center
6500 South MacArthur Blvd.
AAM-610
Oklahoma City, OK 73169 tel (405) 954-6254

This information shall be released to the National Transportation Safety Board in accordance with Title 49 of the United States Code Section 1113 which provides such authority.

A copy of the information requested shall be forwarded within 10 days to:

Ruben Payan. tel: (202) 314-6639 fax: (202) 314-6482
Investigator-In-Charge
National Transportation Safety Board
Office of Railroad, Pipeline and Hazardous Materials Investigations (RPH-10)
490 L'Enfant Plaza, East, S.W.
Washington D.C. 20594

**Fail not at your peril.**

IN TESTIMONY WHEREOF, the undersigned, the Chairman of the said National Transportation Safety Board, or an official designated by it, has hereto set his/her hand.

Signature Ruben Payan Date 3-19-08

NTSB FORM 6100.8 (REV. 8/96)

NATIONAL TRANSPORTATION SAFETY BOARD
490 L'ENFANT PLAZA EAST, SW
WASHINGTON, DC 20594-2000