UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: ADMINISTRATIVE SUBPOENA ISSUED BY NATIONAL TRANSPORTATION SAFETY BOARD TO RHODE ISLAND HOSPITAL

Misc. Action No. 08-33S

## ENTRY OF APPEARANCE

Linn F. Freedman and Nixon Peabody LLP hereby enter an appearance on behalf of Rhode Island Hospital.

Rhode Island Hospital
By Its Attorneys,

/s/ Linn F. Freedman

Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: April 29, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2008, I filed this Entry of Appearance electronically with the Court and sent a true copy of said Entry of Appearance by first-class mail to:

Milind M. Shah
Assistant United States Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Linn F. Freedman