**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

May 13, 2008

Exhibit 1
5-21-08

Via Federal Express

Julius Chisholm
14 Dubois Street
Boston, MA 02119

Re: In re: Administrative Subpoena Issued by
National Transportation Safety Board
To Rhode Island Hospital, MC 08-33M

Dear Mr. Chisholm:

The Honorable David L. Martin, Magistrate Judge for the United States District Court for the District of Rhode Island, will be conducting a hearing at 10 am on May 21, 2008 to hear arguments pertaining to the National Transportation Safety Board's Motion to Compel Production from Rhode Island Hospital. In this Motion, the Board seeks, as part of a train accident investigation, production of a blood sample you provided to Rhode Island Hospital.

I write because the Court ordered that the Government notify you of the hearing. I enclose copies of the Motion to Compel Production and Rhode Island Hospital's Objection to the Motion.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant United States Attorney

Encls.

**FedEx. US Airbill** Express

FedEx Tracking Number 8630 9449 7380

**Sender's Copy**

Please print and press hard.
5/13/08 Sender's FedEx Account Number 1426-1077-9

Sender's Name Milind M. Shah, AUSA Phone (401) 709-5000

Company USDOJ/US ATTY OFC

Address 50 KENNEDY PLZ FL 8 Dept./Floor/Suite/Room

PROVIDENCE State RI ZIP 02903-2393

Your Internal Billing Reference LAM OPTIONAL
First 24 characters will appear on invoice.

Recipient's Name Mr. Julius Chisholm Phone ( )

Company

Recipient's Address 14 Dubois Street
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address Boston
To request a package be held at a specific FedEx location, print FedEx address here.

Boston State MA ZIP 02119

0367267690

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. * To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: ** To most locations.

**5 Packaging**

- [x] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery — NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location — NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location — Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

| Total Packages | Total Weight | Total Declared Value† |
|---|---|---|
| 1 | | $ .00 |

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. *Fee applies.*
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. *Fee applies.*

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

May 13, 2008

Via Federal Express

Richard Mallet
33 York Drive
Coventry, RI 02816

Re: In re: Administrative Subpoena Issued by
National Transportation Safety Board
To Rhode Island Hospital, MC 08-33M

Dear Mr. Mallet:

The Honorable David L. Martin, Magistrate Judge for the United States District Court for the District of Rhode Island, will be conducting a hearing at 10 am on May 21, 2008 to hear arguments pertaining to the National Transportation Safety Board's Motion to Compel Production from Rhode Island Hospital. In this Motion, the Board seeks, as part of a train accident investigation, production of a blood sample you provided to Rhode Island Hospital.

I write because the Court ordered that the Government notify you of the hearing. I enclose copies of the Motion to Compel Production and Rhode Island Hospital's Objection to the Motion.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant United States Attorney

Encls.

**FedEx Express US Airbill** FedEx Tracking Number 8630 9449 7379

**Sender's Copy**

Please print and press hard.

5/13/08 Sender's FedEx Account Number 1426-1077-9

Milind M Shah, AUSA Phone (401) 709-5000

Company USDOJ/US ATTY OFC

Address 50 KENNEDY PLZ FL 8 Dept./Floor/Suite/Room

PROVIDENCE State RI ZIP 02903-2393

Internal Billing Reference LAM OPTIONAL
characters will appear on invoice.

Recipient's Name Richard Mallett Phone ( )

Company

Recipient's Address 33 York Drive
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

Coventry State RI ZIP 02816

0367267690

**4a Express Package Service** *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [x] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

FedEx Envelope rate not available. Minimum charge: One-pound rate. *To most locations.

**4b Express Freight Service** *Packages over 150 lbs.*

- [ ] FedEx 1Day Freight* — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 2Day Freight — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

* Call for Confirmation: **To most locations.

**5 Packaging**

- [x] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

* Declared value limit $500.

**6 Special Handling** Include FedEx address in Section 3.

- [ ] SATURDAY Delivery NOT Available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] HOLD Weekday at FedEx Location NOT Available for FedEx First Overnight.
- [ ] HOLD Saturday at FedEx Location Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Does this shipment contain dangerous goods? One box must be checked.

- [ ] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:* Enter FedEx Acct. No. or Credit Card No. below.

- [x] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages 1 Total Weight Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

**8 Residential Delivery Signature Options** If you require a signature, check Direct or Indirect.

- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. Fee applies.

519

Rev. Date 10/06•Part #158279•©1994–2006 FedEx•PRINTED IN U.S.A.•SRS

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.