UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: ADMINISTRATIVE SUBPOENA ISSUED BY NATIONAL TRANSPORTATION SAFETY BOARD TO RHODE ISLAND HOSPITAL

Misc. Action No. 08-33S

**STIPULATED ORDER REGARDING MOTION TO COMPEL**

It is hereby stipulated by the parties, pursuant to the Order Granting Motion to Compel issued by Judge Martin on June 3, 2008 the following:

1. Rhode Island Hospital is ordered to comply with the Subpoena issued to it by NTSB by June 6, 2008, or within five business days thereafter.
2. Rhode Island Hospital is ordered to coordinate with Ruben Payan, the NTSB investigator-in-charge of the investigation regarding the transfer of the fluid specimens.
3. Rhode Island Hospital is ordered to produce all fluid specimens in its possession, including blood and urine samples pursuant to the subpoena.
4. Rhode Island Hospital is ordered to ship the fluid specimens to NTSB's agent, CAMI, located in Oklahoma, as directed by Ruben Payan.
5. To the extent that it is feasible and does not adversely affect the NTSB's testing, the NTSB is directed to separate and preserve a portion of each specimen so that if Mr. Mallette and Mr. Chisolm desire to have their own independent testing of the specimens, it will be possible.

United States of America
By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
Milind M. Shah
Assistant United States Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Rhode Island Hospital
By Its Attorneys,

/s/ Linn F. Freedman
Linn F. Freedman (#4778)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
Telephone: (401) 454-1108
Fax: (866) 807-6614
E-mail: lfreedman@nixonpeabody.com

Dated: June 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2008, I filed this Stipulated Order Regarding Motion to Compel electronically with the Court and sent a true copy of said Stipulated Order Regarding Motion to Compel by first-class mail to:

Milind M. Shah
Assistant United States Attorney
U.S. Department of Justice
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ Linn F. Freedman

ENTERED:

____________________

Dated: _______________